# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JATINDER SINGH, individually and on behalf of all others similarly situated      PLAINTIFF

v.      NO. 4:18CV00179 JLH

RAJBEER KAUR, individually and jointly d/b/a NLR Corner Store; BALJINDER SINGH, individually and jointly d/b/a NLR Corner Store; LAKHWINDER SINGH, individually and jointly d/b/a NLR Corner Store; UNITED STAR, LLC, d/b/a Economy Liquor; BOPP LIQUOR ON 9TH STREET, LLC; VEER AND TAJ, LLC, d/b/a Acme Liquor; 2017 AAP DA BOPP, LLC, d/b/a Bopp's Liquor; and AAM AADMI, LLC, d/b/a Sky Road Gas      DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 19th day of February, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE